UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Moayad F. Khader,                                              Civil No. 07-4708 (PAM/JSM)

                 Plaintiff,

v.                                                                          **ORDER**

Randa M. Muraweh,

                 Defendant.

---

This matter is before the Court on the Report and Recommendation ("R&R") issued by Magistrate Judge Janie S. Mayeron on December 3, 2007. Plaintiff has not filed objections to the R&R in the time period permitted.

Accordingly, based on the R&R and on all the files, record, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Application to Proceed Without Prepayment of Fees (Docket No. 2) is **DENIED**; and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: Tuesday, July 29, 2008                      *s/ Paul A. Magnuson*
                                                                 Paul A. Magnuson
                                                                 United States District Court Judge